| PROB 22 (Rev12/06) | | DOCKET NUMBER (Tran. Court) 1:99CR00012-004 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Donnie Edward Beckwith Redwood Shores, California | DISTRICT EASTERN DISTRICT OF VIRGINIA | DIVISION Alexandria |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Leonie M. Brinkema | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 08/13/2007 — TO 08/12/2012 |

OFFENSE

Conspiracy to distribute one-hundred (100) grams or more of methamphetamine.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/18/07
Date

Leonie M. Brinkema
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 25, 2007
Effective Date

Jeffrey S. White
United States District Judge